**Steven ROLLAKANTI, Plaintiff-Appellant,**

v.

**HOLY CROSS HOSPITAL, Defendant-Appellee,**

and

**William Federick; Andrene Towsen; Johny Niles, Defendants.**

No. 17-1953

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: October 23, 2017

Steven Rollakanti, Appellant Pro Se.
Robert R. Niccolini, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Rollakanti appeals the district court's order denying his motion for an extension of time in which to file an amended complaint after the court had dismissed the complaint in part without prejudice. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Rollakanti's informal brief does not challenge the basis for the district court's disposition, Rollakanti has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*